United States Bankruptcy Court
Central District of California

In re:  
SANDRA IRENE WILLSON  
    Debtor

Case No. 19-12831-WJ  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-6      User: smalcolmC      Page 1 of 1      Date Rcvd: Apr 04, 2019  
                                Form ID: ntc1        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
```
39469134       +LINEBARGER GOGGAN & SAMPSON, LLP,    18000 STUDEBAKER ROAD STE 700,     CERRITOS, CA 90703-2684
39469133       +SO CAL GAS,    PO BOX 1626,    MONTEREY PARK, CA 91754-8626
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: sandywillson@yahoo.com Apr 05 2019 03:23:25      SANDRA IRENE WILLSON,
                 22936 BROOKHOLLOW WAY,    MORENO VALLEY, CA 92557-1842
smg             E-mail/Text: itcdbg@edd.ca.gov Apr 05 2019 03:24:15      Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg             E-mail/Text: BKBNCNotices@ftb.ca.gov Apr 05 2019 03:25:06      Franchise Tax Board,
                 Bankruptcy Section MS: A-340,    P.O. Box 2952,    Sacramento, CA 95812-2952
39469135       +E-mail/Text: rmcbknotices@wm.com Apr 05 2019 03:24:52      WASTE MANAGEMENT,
                 2625 W. GRANDVIEW ROAD,    PHOENIX , AZ 85023-3109
                                                                                               TOTAL: 4
```

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:
```
              Heide   Kurtz (TR)    trustee@hkurtzco.com,    C169@ecfcbis.com
              Todd A. Frealy (TR)    taftrustee@lnbyb.com,    taf@trustesolutions.net
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

**United States Bankruptcy Court**
**Central District of California**

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF TRANSFER OF CASE
# (INTER/INTRA DISTRICT TRANSFER)

**DEBTOR(S) INFORMATION:**
SANDRA IRENE WILLSON
**SSN:** xxx−xx−6277
**EIN:** N/A
dba Willson Improvements

22936 BROOKHOLLOW WAY
MORENO VALLEY, CA 92557

**BANKRUPTCY NO.** 6:19−bk−12831−WJ
**CHAPTER** 7

This case 2:19−bk−13784−BR has been transferred to the Riverside division within our District and reassigned to Bankruptcy Judge Wayne E. Johnson for all further proceedings.

The new case number is 6:19−bk−12831−WJ .

**Please use the new case number for all future matters regarding this case.**

Dated: April 4, 2019

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form rev. 04/08) (ntco) VAN−84                                                                                                        **9 / MAL**