United States Bankruptcy Court
Central District of California

```
In re:                                                                    Case No. 19-12831-WJ
SANDRA IRENE WILLSON                                                      Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0973-6          User: admin              Page 1 of 2              Date Rcvd: Jul 29, 2019
                              Form ID: 318a            Total Noticed: 27
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
39567900       +ALESSANDRO ANIMAL HOSPITAL,    23932 ALESSANDRO BLVD,    MORENO VALLEY CA 92553-8808
39599006       +AMERICAN MOTORCYCLE MECHANICS,    1200 W. FLORIDA,    HEMET, CA 92543-3962
39567902        EASTERN MUNICIPAL WATER DISTRICT,    2270 TRUMBLE RD,   PERRIS CA 92572
39470460       +IRS,   1600 Dublin Road,    Columbus,   OH 43215-2095
39567897       +KAY BARTH,   31655 JACINTO,    NUEVO CA 92567-9095
39469134       +LINEBARGER GOGGAN & SAMPSON, LLP,    18000 STUDEBAKER ROAD STE 700,    CERRITOS, CA 90703-2684
39599005       +LUIS TOSCANO,   24490 JEFFERSON,    MURRIETA, CA. 92562-9411
39567894       +LUMINESS DIRECT LLC,    12802 CAPRICORN DR,   STAFFORD TX 77477-3913
39567896        PORTFOLIO RECOVERIES,    PO BOX 6995,   NORFOLK VA 32256
39469133       +SO CAL GAS,   PO BOX 1626,    MONTEREY PARK, CA 91754-8626
39567898       +SOUTHERN CA EDISON,    PO BOX 800,   ROSEMEAD CA 91770-0800
39567901       +SOUTHERN CALIFORNIA EDISON,    PO BOX 800,   ROSEMEAD CA 91770-0800
39567904       +SPECTRUM,   1600 DUBLIN ROAD,    COLUMBUS OH 43215-2098
39504280       +Southern California Gas Company,    PO Box 30337,   Los Angeles CA 90030-0337
39567895       +TIM SWINDLE,   14033 ROSE AVE,    FONTANA CA 92337-7046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: sandywillson@yahoo.com Jul 30 2019 04:09:16      SANDRA IRENE WILLSON,
                 22936 BROOKHOLLOW WAY,    MORENO VALLEY, CA 92557-1842
tr             +EDI: FTAFREALY Jul 30 2019 07:53:00      Todd A. Frealy (TR),   3403 Tenth Street, Suite 709,
                 Riverside, CA 92501-3641
smg             EDI: EDD.COM Jul 30 2019 07:53:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Jul 30 2019 07:53:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
39567890       +E-mail/Text: ebn@hcc.com Jul 30 2019 04:12:57      ACIC,   801 S FIGUEROA S STE 700,
                 LOS ANGELES CA 90017-2523
39470461       +EDI: CCS.COM Jul 30 2019 07:53:00      CCS,   725 Canton Street,   Norwood, MA 02062-2679
39567889        E-mail/Text: shonta.bealer@ditech.com Jul 30 2019 04:09:38      DITECH FINANCIAL,
                 2100 E ELLIOT RD BLDG 94,    TEMPE AZ 85284
39567891       +EDI: CALTAX.COM Jul 30 2019 07:53:00      FRANCHISE TAX BOARD,   CHIEF COUNSEL,   PO BOX 2229,
                 SACRAMENTO CA 95812-2229
39567892       +EDI: IRS.COM Jul 30 2019 07:53:00      IRS,   PO BOX 7346,   PHILADELPHIA PA 19101-7346
39567905        EDI: AISTMBL.COM Jul 30 2019 07:53:00      TMOBILE WIRELESS,   12920 SE 38TH STREET,
                 BELLEVUE WA 98006
39469135       +E-mail/Text: rmcbknotices@wm.com Jul 30 2019 04:13:12      WASTE MANAGEMENT,
                 2625 W. GRANDVIEW ROAD,    PHOENIX , AZ 85023-3109
39567906       +EDI: WFFC.COM Jul 30 2019 07:53:00      WELLS FARGO,   PO BOX 6995,   PORTLAND OR 97228-6995
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
cr              Ditech Financial LLC, its successors and/or assign
39567899*      +CCS,   725 CANTON ST,    NORWOOD MA 02062-2679
39567893*      +SO CAL GAS,   POB 1626,    MONTEREY PARK CA 91754-8626
39567903*      +WASTE MANAGEMENT,    2625 W GRANDVIEW ROAD,   PHOENIX AZ 85023-3109
                                                                                    TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0973-6           User: admin              Page 2 of 2             Date Rcvd: Jul 29, 2019
                               Form ID: 318a            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:

```
          Kelsey X Luu    on behalf of Interested Party    Courtesy NEF Kelsey.Luu@mtglawfirm.com,
           Jenelly.Goldade@mtglawfirm.com;Kelsey.Luu@mtglawfirm.com
          Kelsey X Luu    on behalf of Creditor    Ditech Financial LLC, its successors and/or assigns
           Kelsey.Luu@mtglawfirm.com, Jenelly.Goldade@mtglawfirm.com;Kelsey.Luu@mtglawfirm.com
          Todd A. Frealy (TR)    taftrustee@lnbyb.com, taf@trustesolutions.net
          United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **SANDRA IRENE WILLSON** | Social Security number or ITIN   **xxx–xx–6277** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:   **6:19–bk–12831–WJ**

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

SANDRA IRENE WILLSON
dba Willson Improvements

   [include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 7/29/19

**Dated:** 7/29/19

**By the court:**   Wayne E. Johnson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**41/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc     **Order of Chapter 7 Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**