United States Bankruptcy Court
Central District of California

In re:  
SANDRA IRENE WILLSON  
    Debtor

Case No. 19-12831-WJ  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 1     Date Rcvd: Aug 06, 2019  
                         Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db         +E-mail/PDF: sandywillson@yahoo.com Aug 07 2019 04:13:42      SANDRA IRENE WILLSON,  
       22936 BROOKHOLLOW WAY,    MORENO VALLEY, CA 92557-1842  
                                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:  
         Kelsey X Luu    on behalf of Interested Party    Courtesy NEF Kelsey.Luu@mtglawfirm.com,  
        Jenelly.Goldade@mtglawfirm.com;Kelsey.Luu@mtglawfirm.com  
         Kelsey X Luu    on behalf of Creditor    Ditech Financial LLC, its successors and/or assigns  
       Kelsey.Luu@mtglawfirm.com,    Jenelly.Goldade@mtglawfirm.com;Kelsey.Luu@mtglawfirm.com  
         Todd A. Frealy (TR)    taftrustee@lnbyb.com,    taf@trustesolutions.net  
         United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov  
                                                                                                                         TOTAL: 4

**FILED & ENTERED**

AUG 06 2019

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** ygreen    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>SANDRA WILLSON,<br><br>　　　　　　　Debtor. | Case No.: 6:19-bk-12831-WJ<br><br>CHAPTER 7<br><br>**ORDER GRANTING MOTION TO AVOID LIEN OF AMERICAN CONTRACTOR'S INDEMNITY COMPANY UNDER 11 U.S.C. §522(f)** |

      Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), the debtor has filed a motion to avoid a judicial lien of American Contractor's Indemnity Company on real property claimed to be exempt (docket entry number 30). No one opposed the motion and the deadline to do so has passed.

      Therefore, the motion is granted as follows. The abstract of judgment of American Contractor's Indemnity Company recorded on December 22, 2016 with the county recorder for Riverside County as instrument number 2016-0573893 is void and unenforceable with respect to the real property located at 22936 Brookhollow Way Moreno Valley, CA 92557 ("Property"). The lien created by the abstract of judgment no longer attaches to the Property and can no longer be enforced against the Property. However, this order does not invalidate or prevent the enforcement of the abstract of judgment or any lien arising from it against any other property other than the

Case 6:19-bk-12831-WJ    Doc 48    Filed 08/08/19    Entered 08/08/19 21:30:00    Desc
Imaged Certificate of Notice    Page 3 of 3

1 | Property.
2 | IT IS SO ORDERED.

###

Date: August 6, 2019

Wayne Johnson
United States Bankruptcy Judge